

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jared Chavez,

                    \* From the 238th District Court
                      of Midland County,
                      Trial Court No. CV55597.

Vs. No. 11-19-00187-CV              \* March 26, 2020

Flare Industries, LLC               \* Per Curiam Memorandum Opinion
d/b/a AEREON,                      (Panel consists of: Bailey, C.J.,
                      Stretcher, J., and Wright, S.C.J.,
                      sitting by assignment)
                      (Willson, J., not participating)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.